IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJIT SINGH,<br>Plaintiff,<br>v.<br>TODD BLANCHE, et al.<br>Defendants. | CASE NO. 1:26-CV-05456-KES-EPG<br>STIPULATION FOR EXTENSION OF TIME AND ORDER THEREON<br>(ECF No. 11). |

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiff does not oppose this request. Plaintiff's complaint seeks relief under the Administrative Procedures Act relating to his filing of Form I-485, Application to Adjust Status under the Immigration and Nationality Act; Plaintiff served Defendants with this complaint on August 17, 2026. The current deadline for Defendants to respond is October 16, 2026. Since service of the Complaint, Defendant USCIS has scheduled Plaintiff's interview on October 20, 2026. This interview must proceed and the agency will also need time to review and consider the information gathered, potentially requiring a Request for Evidence (RFE). This work must proceed before the agency can advance the adjudicatory process. Given this status the agency is presently advancing the administrative process and in the interest of allowing the process to continue, the parties wish to extend the deadline for Defendants to respond for approximately sixty days. Accordingly, the parties hereby stipulate that the deadline for Defendants to

///

file an answer or other responsive pleading for approximately sixty (60) days to and including December 15, 2026. The parties further request that all other filing deadlines be similarly extended.

DATED: October 16, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ Catherine J. Swann
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Jana Junuz Kelly (as authorized on October 15, 2026)*
JANA JUNUZ KELLY
Counsel for Plaintiff Manjit Singh

ORDER

Based on the foregoing stipulation, it is hereby ORDERED that:

1. Defendants shall have through and including December 15, 2026, to file their response or alternate pleading; and
2. The currently set October 27, 2026, initial scheduling conference is continued to January 7, 2027, at 11:00 a.m. The parties are directed to file a joint scheduling report no later than seven days prior to the initial scheduling conference.

IT IS SO ORDERED.

Dated: **October 16, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE